[No. 5074.]
[No. 2640 C. A.]

WHITMORE ET AL. V. GASTON.

**Former Opinion Followed.**

    The judgment in this case reversed and remanded for the reasons stated in Whitmore et al. v. Gaston, ante, p. 345.

*Appeal from the District Court of Teller County. Hon. William P. Seeds, Judge.*

Action by A. B. Whitmore and G. C. Blakey against John C. Gaston. From a judgment for the latter, the former appeal.      *Reversed.*

Messrs. POTTER & McCARTHY, for appellants.

Mr. JUSTICE CAMPBELL delivered the opinion of the court:   .      ⁽⁾

The facts in this case are the same as in *Whitmore et al. v. Gaston, ante,* page 345, and the decision there must govern here. For the reasons stated in

the opinion in that case, the judgment must be reversed and the cause remanded.    *Reversed.*

CHIEF JUSTICE GABBERT and Mr. JUSTICE STEELE concur.